# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| AIRKO, INC. and LISA MAE JENNINGS, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 1:20-cv-02638-PAB |

## GENERAL MOTORS' MOTION TO DISMISS
## CLASS ACTION COMPLAINT

General Motors LLC ("GM") respectfully moves this Court to dismiss plaintiff's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) for the reasons set forth in the simultaneously filed memorandum.

Dated: January 29, 2020

Respectfully submitted,

s/ *April N. Ross*
Kathleen Taylor Sooy (Admitted *pro hac vice*)
April N. Ross (Admitted *pro hac vice*)
Rachel P. Raphael (Admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5611
ksooy@crowell.com
aross@crowell.com
rraphael@crowell.com

Denise A. Dickerson
SUTTER O'CONNELL
3600 Erieview Tower

              1301 E. 9th Street
              Cleveland, Ohio 44114
              Telephone: 216-928-2200
              Facsimile: 216-928-4400
              ddickerson@sutter-law.com

              *Attorneys for General Motors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail.

s/ *April N. Ross*
April N. Ross
