## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| AIRKO, INC. and LISA MAE JENNINGS, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 1:20-cv-02638-PAB <br><br> **JUDGE PAMELA A. BARKER** <br><br> **UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT CONFERENCE ORDER** |

Now comes General Motors LLC (hereafter "GM"), by and through its undersigned counsel, and respectfully moves this Court to modify the current Case Management Conference Order entered on August 18, 2021 (ECF No. 28).

According to the Case Management Conference Order, plaintiff's expert reports were due to be served no later than Wednesday, October 13, 2021, and GM's expert reports were due two weeks later, on Wednesday, October 27, 2021.

On Wednesday, October 13, 2021, plaintiff produced an expert report from proffered technical expert, Dr. Werner J.A. Dahm, and noted that an expert report from plaintiff's proffered damages expert, Edward Stockton, would be forthcoming.

Plaintiff has yet to produce Mr. Stockton's report. Plaintiff's counsel informed GM this afternoon that they expect to produce the report today, October 25, 2021.

To allow GM sufficient time to review Mr. Stockton's report before producing its own responsive expert report(s), GM respectfully asks that the Court modify the current Case Management Conference Order to extend the deadline for GM to produce its expert reports related

to damages and Mr. Stockton's opinions to November, 8, 2021 or two weeks after plaintiff produces Mr. Stockton's report, whichever is later.

This request is made in good faith and will not affect any other pending deadlines. Plaintiff does not oppose this request.

For the foregoing reasons, the GM respectfully requests that this Court modify the current Court's Scheduling Order.

                                        Respectfully submitted,

                                        s/ *April N. Ross*
                                        Kathleen Taylor Sooy (Admitted pro hac vice)
                                        April N. Ross (Admitted pro hac vice)
                                        Rachel P. Raphael (Admitted pro hac vice)
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue NW
                                        Washington, DC 20004
                                        Telephone: 202-624-2500
                                        Facsimile: 202-628-5611
                                        ksooy@crowell.com
                                        aross@crowell.com
                                        rraphael@crowell.com

                                        Denise A. Dickerson
                                        SUTTER O'CONNELL
                                        3600 Erieview Tower
                                        1301 E. 9th Street
                                        Cleveland, Ohio 44114
                                        Telephone: 216-928-2200
                                        Facsimile: 216-928-4400
                                        ddickerson@sutter-law.com

                                        *Attorneys for General Motors LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail.

                                                 s/ *April N. Ross*
                                                 Kathleen Taylor Sooy (Admitted pro hac vice)
                                                 April N. Ross (Admitted pro hac vice)
                                                 Rachel P. Raphael (Admitted pro hac vice)